

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-21-00300-CV

**IN THE MATTER OF THE ESTATE OF Van L. CRAPPS**, Deceased,

From the County Court at Law, Medina County, Texas
Trial Court No. 9498
Honorable Mark Cashion, Judge Presiding

## O R D E R

Sitting:      Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On October 12, 2022, this court issued its opinion and order in this appeal. A motion for rehearing was due on October 27, 2021. *See* TEX. R. APP. P. 49.1. A motion for extension of time to file a motion for rehearing was due on November 14, 2022. *See* TEX. R. APP. P. 49.9.

On November 14, 2022, Appellant filed a motion for rehearing and an unopposed motion for a fifteen-day extension of time to file a motion for rehearing.

Appellant's motion for extension of time to file the motion for rehearing is GRANTED. Appellant's motion for rehearing is deemed timely filed. *See id.*

The court requests that Appellees file a response to Appellant's motion for rehearing. *See* TEX. R. APP. P. 49.2.

If Appellees choose to file a response, Appellees must file the response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court